DAVID OSBAND, Respondent, v. FISHER BALZER and JUDGE MOTOR CORPORA-

TION, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.